1  McGREGOR W. SCOTT
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700



OCT 2 9 2008



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   08 MJ 0380 KJM
                                    )   08-SW 0460 KJM
         Plaintiff,                 )
                                    )   APPLICATION FOR UNSEALING
    v.                              )   ORDER; AND ORDER
                                    )
KYUNG YONG KIM, aka Jim,            )
                                    )
         Defendant.                 )
                                    )
                                    )

On October 27, 2008, a search warrant, arrest warrant, and criminal complaint were filed in the above-referenced case. Since the search warrant and arrest warrants have been executed, it is no longer necessary for the Search Warrant, Arrest Warrant Criminal Complaint, Applications, Affidavits, and related documents to remain sealed. Thus, the government respectfully requests that they be unsealed.

DATED: October 29, 2008              McGREGOR W. SCOTT
                                     United States Attorney

                                     By /s/ Robin R. Taylor
                                     ROBIN R. TAYLOR
                                     Assistant U.S. Attorney

1

Application for Unsealing Order & Order
Page 2

**ORDER**

SO ORDERED:

DATED: October 29, 2008

_____
HON. KIMBERLY MUELLER
United States Magistrate