FILED
October 29, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )    Case No.  2:08-mj-380 KJM
              Plaintiff,             )
v.                                   )    ORDER FOR RELEASE
                                     )    OF PERSON IN CUSTODY
Kyung Yong Kim,                      )
                                     )
              Defendant.             )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  Kyung Ying Kim   Case 2:08-mj-380 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    _X_    Unsecured bond in the amount of $50,000

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    _X_    (Other) Probation conditions/supervision; surrender passport; travel restrictions

Issued at  Sacramento, CA  on 10/29/08  at  3:57 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge